**2011–0099. State v. Kovacic.**
Lake App. No. 2010–L–018, 2010-Ohio-5663. On amended motion for leave to file delayed appeal. Motion granted.

O'CONNOR, C.J., dissents.

**2011–0100. State v. Boynton.**
Cuyahoga App. No. 93784, 2010-Ohio-4670. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, CUPP, and McGEE BROWN, JJ., dissent.

**2011–0107. In re J.V.**
Cuyahoga App. No. 94820, 2010-Ohio-5490. On motion for leave to file delayed appeal. Motion granted.

**2011–0118. Keynote Property v. Chibinda.**
Butler App. No. CA2010–09–251. On motion for stay of court of appeals' order. Motion denied.

**2011–0212. State v. Lloyd.**
Holmes App. No. 09 CA 12, 2010-Ohio-6562. On motion for stay of court of appeals' judgment and to maintain trial court's stay of sentence. Motion granted.

O'DONNELL, J., dissents.

# APPEALS ACCEPTED FOR REVIEW

**2010–1660. State v. Palmer.**
Franklin App. Nos. 09AP–956 and 09AP–957, 2010-Ohio-2421.

O'CONNOR, C.J., would accept the appeal on Proposition of Law Nos. I and II only and hold the cause for the decision in 2009–0088, *State v. Williams,* Warren App. No. CA2008–02–029, 2008-Ohio-6195.

LUNDBERG STRATTON and CUPP, JJ., would also hold the cause for the decision in 2009–0088, *State v. Williams.*

**2010–2158. State v. Carlisle.**
Cuyahoga App. No. 93266, 2010-Ohio-3407.

O'DONNELL and LANZINGER, JJ., would also hold the cause for the decision in 2009–2028, *State v. Davis,* Licking App. No. 09–CA–0019, 2009-Ohio-5175.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2010–2260. State v. Hood.**
Cuyahoga App. No. 93854, 2010-Ohio-5477.

LUNDBERG STRATTON, O'DONNELL, and CUPP, JJ., dissent.